No. 01–1500.  CLAY *v.* UNITED STATES.  C. A. 7th Cir.  [Certiorari granted, 536 U. S. 957 and 981.]  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for appointment of counsel granted, and it is ordered that Thomas C. Goldstein, Esq., of Washington, D. C., be appointed to

serve as counsel for petitioner in this case. Motion of the Solicitor General to dispense with printing the joint appendix granted.